IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| EYPHRA RANSOM, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. GLR-23-1886 |
| JEFFREY DORKO, et al., | * | |
| Defendants. | * | |
| | *** | |

# **ORDER**

Plaintiff Eyphra Ransom filed the above-captioned case on July 13, 2023. (ECF No. 1). The Complaint states that Plaintiff Eyphra Ransom was previously employed at the Federal Emergency Management Agency ("FEMA") headquarters in Washington, D.C. (Pl.'s Statement Facts at 1, ECF No. 1-2). She was terminated from this position, and claims that her termination was motivated by discrimination based on race, gender, and disability. (Id.). As Defendants, Plaintiff names 15 individuals who are all identified as residing in Washington, D.C. (Compl. at 2–3, ECF No. 1). For the reasons discussed below, venue in the United States District Court for the District of Maryland is improper. Accordingly, the case will be transferred to the United States District Court for the District of Columbia.

Under 28 U.S.C. § 1391(b), "[a] civil action may be brought in — (1) a judicial district where any defendant resides, if all defendants are residents of the State in which the district is located; (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the

subject of the action is situated; or (3) if there is no district in which the action may otherwise be brought as provided in this section, any judicial district in which any defendant is subject to the court's personal jurisdiction with respect to such action." For purposes of venue, "an entity with the capacity to sue and be sued in its common name under applicable law, whether or not incorporated, shall be deemed to reside, if a defendant, in any judicial district in which such defendant is subject to the court's personal jurisdiction with respect to the civil action in question." 28 U.S.C. § 1391(c)(2).

The named Defendants are identified as all residing in Washington, D.C., and all events described in the Complaint appear to have occurred in Washington, D.C., where Ransom was previously employed. Therefore, the appropriate venue for this case is the United States District Court for the District of Columbia. "The district court of a district in which is filed a case laying venue in the wrong division or district shall dismiss, or if it be in the interest of justice transfer such case to any district or division in which it could have been brought." 28 U.S.C. § 1406(a). The case shall be transferred for all further proceedings.

Accordingly, it is this 5th day of September, 2023, by the United States District Court for the District of Maryland, hereby:

ORDERED that the Clerk shall INCLUDE a copy of this Order and forthwith TRANSFER this case to the United States District Court for the District of Columbia for all further proceedings as may be deemed appropriate by that Court;

IT IS FURTHER ORDERED that the Clerk shall CLOSE this Civil Action; and

IT IS FURTHER ORDERED that the Clerk shall MAIL a copy of this Order to Ransom.

/s/
George L. Russell, III
United States District Judge